# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge David L. West

**Criminal No. 93-CR-00322-LTB**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. GLEN EARL COTONUTS,**

**Defendant.**

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

After conferring with counsel in this matter;

**IT IS HEREBY ORDERED** that the detention and preliminary hearing previously scheduled for May 27, 2010 at 2:00 p.m. be **RESCHEDULED to May 27, 2010 at 3:00 p.m.**

**DATED: May 24, 2010.**

BY THE COURT:

s/David L. West
**United States Magistrate Judge**