**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  93-cr-00322-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     GLEN EARL COTONUTS,

      Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


     This will confirm that a supervised release violation hearing for Defendant Cotonuts is **set Monday, July 26, 2010 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.




Dated:  June 17, 2010

_____