**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  93-cr-00322-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     GLEN EARL COTONUTS,

      Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


     This will confirm that, pursuant to request of the United States Probation Office, and with the consent of both counsel, the supervised release violation hearing regarding Defendant Cotonuts **set Monday, July 26, 2010 is VACATED and RESET for Tuesday, August 3, 2010 at 11:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.




Dated:  July 16, 2010

_____